**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

SHAWN M. STATES                                                                                  PETITIONER

vs.                                                         CIVIL ACTION NO. 3:13-CV-226 HTW-LRA

CHRISTOPHER EPPS                                                                           DEFENDANT


### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the petitioner's written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no.15] is hereby adopted as the petitioner's petition for writ of habeas corpus [docket no. 1] is denied.

**SO ORDERED AND ADJUDGED, this the 22nd day of January, 2016.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE